UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE RODRIGUEZ-RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO HOME MORTGAGE; et al., <br><br> Defendants. | 3:12-cv-0164-LRH-VPC <br><br> ORDER |

Before the court are defendant Wells Fargo Home Mortgage, Inc.'s ("Wells Fargo") motion to dismiss (Doc. #10) and defendant United Title of Nevada, Inc.'s ("United") motion to dismiss (Doc. #16). Plaintiff Jose Rodriguez-Ramirez ("Rodriguez-Ramirez") did not file an opposition.

In March, 2004, Rodriguez-Ramirez purchased real property through a mortgage note and deed of trust originated by defendant Wells Fargo. Eventually, he defaulted on the mortgage note and defendants initiated non-judicial foreclosure proceedings.

Subsequently, Rodriguez-Ramirez filed a complaint against defendants. Doc. #1, Exhibit 1. Thereafter, defendants filed the present motions to dismiss which Rodriguez-Ramirez did not oppose.

While the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion under LR 7-2(d), Rodriguez-Ramirez's failure to file an opposition, in and of itself, is an insufficient ground for dismissal. *See*

*Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Before dismissing a case, a district court is required to weigh several factors: (1) the public's interest in the expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less dramatic sanctions. *Id*.

Here, these factors weigh in favor of dismissal. The need for the expeditious resolution of cases on the court's docket is strong. Defendants have an interest in resolving this matter in a timely manner. Further, there is a lack of prejudice to Rodriguez-Ramirez because he has shown an unwillingness to continue litigating his complaint which weighs in favor of granting the motion. Additionally, although public policy favors a resolution on the merits, the court finds that dismissal is warranted in light of these other considerations. Therefore, the court shall grant defendants' motions to dismiss and dismiss Rodriguez-Ramirez's complaint in its entirety.

IT IS THEREFORE ORDERED that defendants' motions to dismiss (Doc. ##10, 16) are GRANTED. Plaintiff's complaint (Doc. #1, Exhibit 1) is DISMISSED in its entirety.

IT IS FURTHER ORDERED that defendant's motion for a hearing (Doc. #22) is DENIED as moot.

IT IS SO ORDERED.

DATED this 5th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE